# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| United States of America<br>v.<br>Shearn Joshua<br><br>*Defendant(s)* | Case No. 3:21-mj-00090-MMS |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 18, 2021__ in the county of __Anchorage__ in the _____ District of __Alaska__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) and (b)(1)(A) | Possession of Methamphetamine with Intent to Distribute |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

TFO Dale Boothroyd, DEA
*Printed name and title*

Signed electronically and sworn telephonically.

Date: February 21, 2021

City and state: Anchorage, Alaska

_____
*Judge's signature*

Matthew M Scoble, Chief Magistrate Judge
*Printed name and title*