Ben Crittenden
Law Office of Ben Crittenden, P.C.
750 W. 2nd Ave., Suite 200
Anchorage, AK 99501
P: (907) 771-9002
F: (907) 771-9001
Email: ben@crittendenlawoffice.com

CJA Counsel for Defendant

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 3:21-mj-00090-MMS-1 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | **MOTION TO CONVERT PRELIMINARY HEARING** |
| SHEARN JOSHUA, | ) ) | **AND BAIL HEARING TO A ZOOM HEARING** |
| Defendant. | ) ) | |

Pursuant to Federal Local Rule 7, Shearn Joshua moves this Court for an Order permitting Expedited Consideration of his Motion to Convert Preliminary Hearing and Bail Hearing to a Zoom Hearing. Expedited Consideration is warranted because the Preliminary Hearing is for Tomorrow, Tuesday, March 2, 2021. A proposed Order is attached.

Dated this 1st day of March, 2021.

/S/ Ben Crittenden
750 W. 2nd Ave., Suite 200
Anchorage, Alaska 99501
(907) 771-9002
(907) 771-9001 fax
ben@crittendenlawoffice.com
Alaska Bar No. 0511098

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 1st day of March, 2021, a true and accurate copy of the foregoing has been caused to be served via electronic filing to the parties, including:

AUSAs Kulgman and Doyle

/S/ Benjamin Crittenden
Benjamin Crittenden