Ben Crittenden
Law Office of Ben Crittenden, P.C.
750 W. 2nd Ave., Suite 200
Anchorage, AK 99501
P: (907) 771-9002
F: (907) 771-9001
Email: ben@crittendenlawoffice.com

CJA Counsel for Defendant

# UNITED STATES DISTRICT COUR
# FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 3:21-mj-00090-MMS-1 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MOTION TO WITHDRAW** |
| | ) | |
| SHEARN JOSHUA, | ) | |
| | ) | |
| Defendant. | ) | |

Ben Crittenden, CJA appointed counsel, moves this Court for an Order permitting him to withdraw as counsel. Counsel's parents are in their 70s and have not had the COVID vaccine yet. Counsel's father is extremely high risk. Mr. Joshua insists on having his hearings in person, rather than by Zoom. Counsel does not believe it is safe to appear at a hearing until his parents have the COVID vaccine. Counsel has spoken with Debbie Minzenmayer who is looking for new counsel. A proposed Order attached.

Dated this 1st day of March, 2021.

/S/ Ben Crittenden
750 W. 2nd Ave., Suite 200
Anchorage, Alaska 99501
(907) 771-9002
(907) 771-9001 fax
ben@crittendenlawoffice.com
Alaska Bar No. 0511098

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 1st day of March, 2021, a true and accurate copy of the following has been caused to be served via electronic filing to the parties, including:

AUSAs

<u>/S/ Benjamin Crittenden</u>
Benjamin Crittenden